[No. 43188-9-I.    Division One.    June 21, 1999.]

*In the Matter of the Estate of* THEODORE L. CHOATE.

WILLIAM A. STILES, JR., ET AL., *Appellants*, v. GUARDIANS FOR MINOR BENEFICIARIES, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-4-00197-3, George E. McIntosh, J., entered July 9, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44326-7-I.    Division One.    June 21, 1999.]

RILEY EVANS, ET AL., *Appellants*, v. CHARLES HASELWOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03401-4, Terry K. McCluskey, J., entered August 29, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 16525-6-III; 17423-9-III.    Division Three.    June 22, 1999.]

LEIF SORENSON, ET AL., *Plaintiffs*, SHEILA JONES, *Appellant*, v. JOHN L. CZINGER, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Spokane County, No. 91-2-01414-5, Harold D. Clarke, J., entered March 17, 1997 and March 9, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 16953-7-III.    Division Three.    June 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD CASHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00237-1, Neal Q. Rielly, J., entered September 30, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.